IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOSEPH IMAD YAMMINE<br>*Plaintiff,* | )<br>)<br>) |
| V. | ) CIVIL NO. 4:23-CV-1235-P |
| MICHAEL FERGUSON, et al.,<br>*Defendants.* | )<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED PLEADING

NOW COMES Plaintiff Joseph Imad Yammine, who respectfully requests an extension of time for filing an amended pleading in this matter for the following reasons:

1. This Honorable Court rendered an Order on January 11, 2024, directing plaintiff to file an amended pleading by January 15, 2024.

2. Plaintiff respectfully requests and extension of fourteen days to file such amended pleadings because notice was given on a Thursday preceding a holiday weekend (Martin Luther King Jr. Day).

3. Plaintiff did not discover the rendering of such decision until January 15, 2024, on the federal holiday.

4. Plaintiff requests fourteen additional days to file the amended pleading in order to protect his civil and legal rights.

1

Respectfully submitted,

_____

Joseph Imad Yammine
1701 Grand Ave
Fort Worth, Texas 76164

817-905-3422

## CERTIFICATE OF SERVICE

I certify that on _____, a true and correct copy of the foregoing document was served by first class mail on parties and attorneys for Defendant.

_____

Joseph Iamd Yammine