IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOSEPH IMAD YAMMINE,<br>*Plaintiff*, | §<br>§<br>§<br>§ |
| V. | §     CIVIL NO. 4:23-CV-1235-P |
| | § |
| MICHAEL FERGUSON, et al.,<br>*Defendants*. | §<br>§<br>§ |

## ORDER GRANTING PLAINTIFF'S MOTION

On January 11, 2024, the Court entered an Order directing Plaintiff to file a form Amended Complaint by January 15, 2024. (ECF 7). Realizing that it had made a scrivener's error, the Court issued a subsequent order extending the deadline to the originally intended date, January 25, 2024. (ECF 8). Subsequently, on January 16, 2024, Plaintiff filed a Motion for Extension of time asking the Court to extend the already moved January 15, 2024 deadline. (ECF 9). Because of the Court's original error and the ensuing confusion, the Court **GRANTS** Plaintiff's motion and hereby **ORDERS** that Plaintiff file his form Amended Complaint by February 1, 2024.

SIGNED January 16, 2024.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE