IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH IMAD YAMMINE, *Plaintiff*, | § § § § | |
| V. | § § | CIVIL NO. 4:23-CV-1235-P |
| MICHAEL FERGUSON, et al., *Defendants*. | § § § | |

## ORDER RECOMMENDING DISMISSAL
## AND RETURNING CASE TO DISTRICT JUDGE

On December 12, 2023, *pro se* Plaintiff Joseph Imad Yammine filed a Complaint in the above-styled and numbered cause. (ECF 1). Thereafter, on January 11, 2024, as a part of the Court's preliminary screening pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court entered an Order Directing Plaintiff to File a Form Amended Complaint, no later than January 25, 2024, that met the requirements set forth in the Court's order.[1] (ECF 7, 8). Subsequently, Plaintiff filed a motion for extension of time, which the Court granted. (ECF 10). As a result, Plaintiff was required to file his Amended Complaint on or before February 1, 2024. On February 1, 2024, Plaintiff filed a second motion for extension of time to file his Amended Complaint. (ECF 12). The Court granted Plaintiff's motion, extending his deadline to file an Amended Complaint to February 15, 2024. (ECF 13). In that Order, the Court indicated that this would be the last extension. (*Id.*) Despite the multiple extensions, as of the date of this order, Plaintiff has wholly failed to comply

---

[1] In the original order requiring Plaintiff to file a Form Amended Complaint, the Court indicated that, based off of the pleadings, the Court lacks subject matter jurisdiction. Plaintiff's Complaint alleges state law claims against fellow citizens of Texas, and cites solely to the Texas Rules of Civil Procedure and Texas common law. Consequently, the Court **RECOMMENDS** that the case be **DISMISSED without prejudice**, so that Plaintiff may file his case in State Court, where it appears to belong.

with the Court's order by filing an Amended Complaint. Consequently, the Court **RECOMMENDS** that the above-styled and numbered cause be **DISMISSED** for failing to comply with the Court's order.

### NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

### ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until March 1, 2024** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the

opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED February 16, 2024.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE