UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOSEPH IMAD YAMMINE,**

   Plaintiff,

v.                                                                  No. 4:23-cv-01235-P

**MICHAEL FERGUSON, ET AL.,**

   Defendants.

# FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Accepting the Magistrate Judge's FCR (ECF No. 19), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED without prejudice**.

**SO ORDERED** on this **6th day** of **March 2024.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE